

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00764-CV

**MED SHIELD AMBULANCE, INC.**,
Appellant

v.

Oscar **CASTANO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-05-40016-MCV
Honorable Maribel Flores, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: April 19, 2023

APPEAL DISMISSED

On April 5, 2023, the parties filed an Agreed Motion to Dismiss Appeal, in which they ask this court to set aside the trial court's September 28, 2022, Order Denying Defendant's Motion to Dismiss without regard to the merits, remand the case to the trial court for rendition of a judgment in accordance with the agreement of the parties, and assess costs against the party that incurred them.

The motion is granted. We set aside the trial court's September 28, 2022, Order Denying Defendant's Motion to Dismiss without regard to the merits and remand the case to the trial court

for rendition of a judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM